EXHIBIT "B"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---

WILMAN DIAZ SALOMON,
                Plaintiff,

-against-

NESTLE WATERS NORTH AMERICA INC. and NESTLE
WATERS CO. and GEORGE BRIGHT,
                Defendants.

---

Filed:

INDEX NO.
Plaintiff(s) designate:
Bronx County as the
place of trial.

**SUMMONS**

The basis of venue is the County in which the cause of action arose.

Location of cause of action: Westchester Avenue intersecting Sheridan Expressway, Bronx, New York.

**To the above named Defendant(s):**
    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer on the plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service of this summons, or within 30 days after service of this summons is complete if this summons is not personally delivered to you within the State of New York.

    In case of your failure to answer this summons, a judgment by default will be taken against you for the relief demanded in the complaint, together with the costs of this action.

Dated: Astoria, New York
       May 19, 2021

*/s/ Samara Klafter*

**LAW OFFICES OF MITCHELL KLAFTER, P.C.**
By: **Samara Klafter, Esq.**
Attorneys for Plaintiff
23-25 31st Street, Suite 410

Astoria, New York 11105
(718) 465-1160

To: George Bright
8 Mack Street
Norwalk, Connecticut 06854

Nestle Waters North America Inc.
C T Corporation System
28 Liberty St.
New York, New York, 10005

Nestle Waters Co.
11800 Exit 5 Parkway 120
Fishers, Indiana 46037

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

WILMAN DIAZ SALOMON,
           Plaintiff,

-against-

NESTLE WATERS NORTH AMERICA INC. and NESTLE
WATERS CO. and GEORGE BRIGHT,
           Defendant.

INDEX NO.

**VERIFIED COMPLAINT**

Plaintiff, by his attorneys, LAW OFFICES OF MITCHELL KLAFTER, P.C., as and for his Verified Complaint, respectfully allege, upon information and belief:

1. The plaintiff, WILMAN DIAZ SALOMON, at all times herein mentioned was and still is a resident of the County of Montgomery, State of Maryland.

2. The defendant, GEORGE BRIGHT, at all times herein mentioned was and still is a resident of the County of Fairfield, State of Connecticut.

3. That at all times herein mentioned defendant, NESTLE WATERS NORTH AMERICA INC., was a Delaware Foreign Business Corporation registered, allowed and doing business in the City and State of New York.

4. That at all times herein mentioned defendant, NESTLE WATERS CO., was a Delaware Foreign Business Corporation registered, allowed and doing business in the City and State of New York.

5. That at all times herein mentioned, upon information and belief, the defendant NESTLE WATERS NORTH AMERICA INC. was the registered owner of a 2017 Ford motor vehicle bearing New York State license plate number 41417.

6. That at all times herein mentioned, upon information and belief, the defendant NESTLE WATERS CO. was the registered owner of a 2017 Ford motor vehicle bearing New York State license plate number 41417.

7. That at all times herein mentioned, upon information and belief, the defendant, NESTLE WATERS NORTH AMERICA INC. was the title holder of the aforementioned 2017 Ford motor vehicle bearing New York State license plate number 41417.

8. That at all times herein mentioned, upon information and belief, the defendant, NESTLE WATERS CO. was the title holder of the aforementioned 2017 Ford motor vehicle bearing New York State license plate number 41417.

9. That at all times herein mentioned, upon information and belief, the defendant NESTLE WATERS NORTH AMERICA INC. managed and maintained the aforementioned 2017 Ford motor vehicle bearing New York State license plate number 41417.

10. That at all times herein mentioned, upon information and belief, the defendant NESTLE WATERS CO. managed and maintained the aforementioned 2017 Ford motor vehicle bearing New York State license plate number 41417.

11. That at all times herein mentioned, upon information and belief, on June 9, 2020, the defendant GEORGE BRIGHT was operating and controlling the aforementioned 2017 Ford motor vehicle bearing New York State license plate number 41417.

12. Upon information and belief, that at all times herein mentioned defendant GEORGE BRIGHT, in his capacity as an employee, agent, or servant of NESTLE WATERS NORTH AMERICA INC., was in physical charge, operation, management and control of the aforesaid vehicle owned by the defendant NESTLE WATERS NORTH AMERICA INC., with the knowledge, consent, and permission, either express or implied, of the defendant owner thereof.

13. Upon information and belief, that at all times herein mentioned defendant GEORGE BRIGHT, in his capacity as an employee, agent, or servant of NESTLE WATERS CO., was in physical charge, operation, management and control of the aforesaid vehicle owned by the defendant NESTLE WATERS CO., with the knowledge, consent, and permission, either express or implied, of the defendant owner thereof.

14. That at all times herein mentioned, upon information and belief, on June 9, 2020, the intersection/roadway, Westchester Avenue and Sheridan Expressway was a lawful roadway in the Bronx County, City and State of New York.

15. That at all times herein mentioned, plaintiff WILMAN DIAZ SALOMON was the owner and operator of an automobile bearing registration number 7EC2086, State of Maryland.

16. On or about June 9, 2020, at approximately 1:00 PM, the vehicle operated by defendant GEORGE BRIGHT, and owned by defendant NESTLE WATERS NORTH AMERICA INC. came into contact with plaintiff's vehicle at Westchester Avenue intersecting Sheridan Expressway, Bronx, New York.

17. On or about June 9, 2020, at approximately 1:00 PM, the vehicle operated by defendant GEORGE BRIGHT, and owned by defendant NESTLE WATERS CO. came into contact with plaintiff's vehicle at Westchester Avenue intersecting Sheridan Expressway, Bronx, New York.

18. The defendants so carelessly and negligently operated their aforesaid vehicle so as to cause the contact.

19. That as a result of the foregoing, this plaintiff was caused to and did sustain severe and serious injuries and was required to seek and obtain medical care and attention in an effort to cure and alleviate same and, upon information and belief, will be compelled to do so in the future.

20. That the aforesaid occurrence and the injuries sustained by this plaintiff were caused by the negligence of the defendants.

21. As a result of the foregoing, the plaintiff sustained serious personal injuries as defined in Section 5102(d) of the Insurance Law of the State of New York, and/or economic loss greater than basic economic loss as defined in Section 5102(a) of the Insurance Law of the State of New York.

22. This action falls within one or more of the exceptions set forth in CPLR section 1602.

23. That by reason of the foregoing, plaintiff, WILMAN DIAZ SALOMON, has been damaged in an amount which exceeds the jurisdiction limits of all lower courts that would otherwise have jurisdiction.

**WHEREFORE**, plaintiff demands judgment awarding damages, in an amount exceeding the monetary jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with interest and the costs and disbursements of this action, and such other and further relief as to this Court seems just and proper.

Dated: Astoria, New York
       May 19, 2021

*[signature]*

LAW OFFICES OF MITCHELL KLAFTER, P.C.
**By: Samara Klafter, Esq.**
Attorneys for Plaintiff
23-25 31st Street, Suite 410
Astoria, New York 11105
(718) 465-1160

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

WILMAN DIAZ SALOMON,
           Plaintiff,

-against-

NESTLE WATERS NORTH AMERICA INC. and NESTLE
WATERS CO. and GEORGE BRIGHT,
           Defendants.

INDEX NO.

**ATTORNEY'S VERIFICATION**

    Samara Klafter, an attorney duly admitted to practice law in the State of New York, makes the following affirmation under the penalty of perjury:

    I am of the firm of LAW OFFICES OF MITCHELL KLAFTER, P.C., the attorneys of record for the plaintiff.

    I have read the foregoing Complaint and know the contents thereof; the same is true to my own knowledge except as to the matters therein stated to be alleged on information and belief and that as to those matters, I believe them to be true.

    This verification is made by affirmant and not by plaintiff because he is not in the County of Queens, which is the County where your affirmant maintains offices.

    The grounds of affirmant's belief as to all matters not stated upon affirmant's knowledge are correspondence had with the said plaintiff, information contained in the said plaintiff's file, which is in affirmant's possession, and other pertinent data relating thereto.

Dated: Astoria, New York
       May 19, 2021

_____
SAMARA KLAFTER ESQ.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX                    Index No.

WILMAN DIAZ SALOMON,

                Plaintiff,

                -against-

NESTLE WATERS NORTH AMERICA INC. and NESTLE WATERS CO.
and GEORGE BRIGHT,

                Defendants.

**SUMMONS and VERIFIED COMPLAINT**

**LAW OFFICES OF MITCHELL KLAFTER, P.C.**
*Attorneys for* Plaintiff
*Office and Post Office Address and Telephone*
23 25- 31st Street, Suite 410
Astoria, New York 11105
(718) 465-1160

Service of a copy of the within SUMMONS and VERIFIED COMPLAINT is hereby admitted.
Dated, _____

..................................................

                Attorney(s) for

Please take notice
[ ] **NOTICE OF ENTRY**
that the within is a (certified) true copy of _____
duly entered in the office of the clerk of the within named court on

[ ] **NOTICE OF SETTLEMENT**
that _____, of which the within is a true copy will be presented for
settlement to the HON. _____, one of the judges of the
within named court, at 851 Grand Concourse, Bronx, New York on _____
Dated: Astoria, New York
      May 19, 2021

Yours, etc.,

**LAW OFFICES OF MITCHELL KLAFTER, P.C.**
*Attorneys for* Plaintiff



## CT Corporation

**Service of Process Transmittal**
06/03/2021
CT Log Number 539663244

**TO:** Jaclyn Leung
Nestle Waters North America Holdings Inc
900 Long Ridge Road, Building 2
Stamford, CT 06902

**RE:** **Process Served in New York**

**FOR:** Nestle Waters North America Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Wilman Diaz Salomon, Pltf. vs. Nestle Waters North America Inc,, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 8068932021E |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/03/2021 at 10:22 |
| **JURISDICTION SERVED:** | New York |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/03/2021, Expected Purge Date: 06/08/2021 |
| | Image SOP |
| | Email Notification, Jaclyn Leung  jaclyn.leung@waters.nestle.com |
| | Email Notification, David Herman  david.herman@us.nestle.com |
| | Email Notification, Alda Braccia  Alda.Braccia@waters.nestle.com |
| | Email Notification, Giancarlo Cullaro  Giancarlo.cullaro@waters.nestle.com |
| | Email Notification, Simona Hanna  simona.hanna@waters.nestle.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of 2 / MV



**Service of Process Transmittal**
06/03/2021
CT Log Number 539663244

**TO:** Jaclyn Leung
Nestle Waters North America Holdings Inc
900 Long Ridge Road, Building 2
Stamford, CT 06902

**RE:** **Process Served in New York**

**FOR:** Nestle Waters North America Inc. (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Jun 3, 2021

**Server Name:** NY-NYC DROPOFFPROCESSSERVER

| Entity Served | NESTLE WATERS NORTH AMERICA INC. |
|---|---|
| Case Number | 806893/2021E |
| Jurisdiction | NY |

